464 Pa. 1 (1975)
345 A.2d 702
Alan FRANK, Appellant,
v.
C. DeLores TUCKER.
Supreme Court of Pennsylvania.
Argued October 21, 1975.
Decided October 22, 1975.
Stanley A. Uhr, Frank & Radakovich, Pittsburgh, for appellant.
Melvin R. Shuster, Deputy Atty. Gen., Harrisburg, for appellee.
Before JONES, C.J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT
PER CURIAM.
Order of Commonwealth Court affirmed.
ROBERTS and MANDERINO, JJ., dissent.